UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEQUIEL VILLEGAS,<br>　　　　Plaintiff,<br>　　v.<br>WELLS FARGO BANK, N.A.,<br>　　　　Defendant. | Case No. 18-cv-00813-PJH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff in the above-entitled matter having failed to appear at the case management conference on May 31, 2018, and defendant having appeared at that proceeding in compliance with the court's orders,

THE COURT hereby issues an ORDER TO SHOW CAUSE why sanctions should not be imposed for plaintiff's counsel's failure to appear. Plaintiff's counsel is ordered to file a written response to this order within 14 days.

**IT IS SO ORDERED.**

Dated: June 1, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge